**IT IS SO ORDERED.**

**Dated:  02:50 PM April 12 2007**

MARILYN SHEA-STONUM  *12*
U.S. Bankruptcy Judge

200711359
(kbc)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 07-50698 |
| Jeremy Angel | : | |
| | | Chapter 7 |
| | : | Judge SHEA-STONUM |
| Debtor | : | |
| | : | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT** |
| | : | **PROPERTY LOCATED AT (566 SHARON STREET, AKRON, OH 44314)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by HSBC Bank USA, National Association c/o Chase Home Finance LLC .

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion.  No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 566 Sharon Street, Akron, OH 44314.

**IT IS THEREFORE ORDERED:**

1.      The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is

terminated with respect to Movant, its successors, and assigns.

2.      The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/      Christopher J. Siegel, Case Attorney
Ohio Supreme Court Reg. #0069815
Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 241-3100 ext. 3288
(513) 241-4094 fax

Copies to:

Jeremy Angel
1914 Connect Road
Norton, OH 44203

William M Sremack, Esq.
2745 S Arlington Rd
Akron, OH 44312

Richard A. Wilson, Trustee
P.O. Box 3307
Kent, OH 44240

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio  44114

Christopher J. Siegel, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480