**IT IS SO ORDERED.**

**Dated:  02:40 PM May 11 2007**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  07-50698 |
| | ) | |
| JEREMY S. ANGEL | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| Debtor | ) | |
| | ) | |
| | ) | **ORDER FOR RELIEF FROM STAY** |
| | ) | **AND ABANDONMENT** |
| | ) | **PROPERTY LOCATED AT 193-202** |
| | ) | **BERMAN STREET, AKRON, OHIO 44311** |

This matter came to be considered upon the Motion for Relief from Stay and Abandonment (the "Motion") filed by Geauga Savings Bank.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion.  No party filed a response or otherwise appeared in opposition to the Motion.  In addition, although the Motion references separate properties, the

Court is advised that these properties were all contained on the same mortgage document and it would not be possible for Movant to place a value on them separately.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 193-202 Berman Street in Akron, Ohio 44311.

IT IS THEREFORE ORDERED:

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

*/s/ Charles P. Royer*
CHARLES P. ROYER (0037104)
Attorney for Movant
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
101 West Prospect Avenue, Suite 1800
Cleveland, OH 44115
(216) 696-1422
(216) 696-1210 (facsimile)

2

07-50698-mss    Doc 74    FILED 05/16/07    ENTERED 05/17/07 01:43:09    Page 2 of 4

## LIST OF PARTIES TO BE SERVED:

**TO BE SERVED ELECTRONICALLY:**

1.  Office of the U.S. Trustee
    * Served Electronically *

2.  Richard Wilson, Trustee
    * Served Electronically *

3.  William M. Sremack, Esq.
    Attorney for Debtor
    * Served Electronically *

4.  Charles P. Royer, Esq.
    Attorney for Movant
    * Served Electronically *

**SERVED BY U.S. MAIL:**

5.  Jeremy S. Angel
    1914 Connect Road
    Norton, Ohio 44203-1062
    Debtor

6.  Summit County Treasurer's Office
    Ohio Building – 175 S. Main Street
    Suite 320
    Akron, Ohio 44308
    Party of Interest

7.  Lisa M. Michaels, Esq.
    J. P. Amourgis & Associates
    3200 West Market Street, Suite 106
    Akron, Ohio 44333
    Attorneys for William r. Studebaker and Kathleen Studebaker

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0647-5          User: ltabe            Page 1 of 1         Date Rcvd: May 14, 2007
Case: 07-50698                Form ID: pdf810        Total Served: 7

The following entities were served by first class mail on May 16, 2007.
 db          Jeremy S. Angel,   1914 Connect Rd,   Norton, OH  44203-1062
 cr         +Kathleen Studebaker,   4970 Patricia Dr.,   Akron, OH 44319-3922
 cr         +LITTON LOAN SERVICING LLP,    P O Box 829009,    DALLAS TX 75382-9009
            +Lisa M. Michaels, Esq.,   J.P. Amourgis & Associates,   3200 West Market Street, Suite 106,
               Akron, OH 44333-3324
            +Summit County Treasurer's Office,   Ohio Building, Suite 320,   175 South Main Street,
               Akron, OH 44308-1306
 cr         +WELLS FARGO,    PO Box 829009,    Dallas TX 75382-9009
 cr         +William Studebaker,   4970 Patricia Dr.,   Akron, OH 44319-3922
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr          Chase Home Finance, LLC
 cr          Geauga Savings Bank
 cr          HSBC Bank USA, National Association
 cr          US BANK, NA
 cr          Wells Fargo Bank N.A.
                                                                                              TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2007**            Signature:  *Joseph Speetjens*